James E. JONES, Appellant, v. Ray L. HUFF, General Superintendent D. C. Penal Institutions, Appellee.

No. 8747.

United States Court of Appeals District of Columbia.

Submitted May 25, 1945.

Decided June 11, 1945.

Mr. William E. Carey, Jr., of Washington, D. C. (appointed by this Court) on the brief, for appellant.

Mr. George E. McNeil, Assistant United States Attorney, of Washington, D. C., entered an appearance for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

An examination of the record reveals no error; consequently, the judgment of the District Court is

Affirmed.

[1] 28 U.S.C.A. § 687.